AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Montana


FILED
AUG 2 1 2023
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| United States of America<br>v.<br>Gabriel Cowan METCALF<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. MJ-23-130-BLG-TJC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  August 2, 2023 to August 17, 2023  in the county of  Yellowstone  in the
_____ District of  Montana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(q)(2)(A) | Unlawful possession of a firearm in a school zone. |

This criminal complaint is based on these facts:
See attached affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Dustin Stroble, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8-21-23

_____
Judge's signature

City and state:   Billings, Montana

Timothy J. Cavan, U.S. Magistrate Judge
*Printed name and title*