UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | MJ 23-130-BLG-TJC<br><br>**ORDER** |

A Preliminary Hearing was conducted in this case on August 28, 2023. Based on the testimony presented, and for the reasons stated on the record, the Court finds probable cause to believe that Defendant committed the offense of unlawful possession of a firearm in a school zone in violation of 18 U.S.C. § 922(q)(2)(a), as alleged in the Criminal Complaint. (Doc. 1.)

Accordingly, IT IS ORDERED that Defendant is remanded to the custody of the United States Marshals Service pending further proceedings.

DATED this 28th day of August, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge