THOMAS GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
SEP 14 2023
Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GABRIEL COWAN METCALF, Defendant. | CR 23-103-BLG-SPW <br><br> INDICTMENT <br><br> UNLAWFUL POSSESSION OF A FIREARM IN A SCHOOL ZONE <br> Title 18 U.S.C. § 922(q)(2)(A) <br> (Penalty: five years of imprisonment, $100,000 fine, and three years of supervised release) <br><br> CRIMINAL FORFEITURE <br> Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

That on or between August 2, 2023, and August 17, 2023, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, GABRIEL COWAN METCALF, did knowingly possess a firearm that had affected

1

interstate commerce, within a distance of 1,000 feet of the grounds of Broadwater Elementary School, a place the defendant knew and had reasonable cause to believe was a school zone, in violation of 18 U.S.C. § 922(q)(2)(A) and 924(a)(4).

FORFEITURE ALLEGATION

If convicted of the offense charged in this indictment, the defendant, GABRIEL COWAN METCALF, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition used and involved in a knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

*For* _Timothy J. Racicot_ (signature)
JESSE A. LASLOVICH
United States Attorney

_Cyndee L. Peterson_ (signature)
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney