UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

RECEIVED
2023 SEP 14 PM 2:43
US MARSHALS SERVICE
BILLINGS, MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>　　　　　　　　　　Defendant. | CR-23-103-BLG-SPW<br><br>**WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

　　　YOU ARE HEREBY COMMANDED to arrest GABRIEL COWAN METCALF and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with UNLAWFUL POSSESSION OF A FIREARM IN A SCHOOL ZONE in violation of Title 18 United States Code, Section 922(q)(2)(A) and CRIMINAL FORFEITURE in violation of Title 18 United States Code, Section 924(d).

Assigned to: Thomas Godfrey

_/s/ Athena Cobb_
Athena Cobb, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE JOHN JOHNSTON
Great Falls, Montana

**BAIL FIXED AT NO BOND**
Date of Issue: 14th day of September, 2023

| RETURN | | |
|---|---|---|
| **DATE RECEIVED:** 9/14/23 | **LOCATION:** Billings | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** 9/14/23 | | *Craig Anderson*<br>**UNITED STATES MARSHAL** |
| **LOCATION:** Billings | | |
| **BY:** G Butt | Deputy U.S. Marshal | |