**THOMAS K. GODFREY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: Thomas.Godfrey@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 23-103-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **NOTICE OF TRIAL DAYS** |
| **GABRIEL COWAN METCALF,** | |
| **Defendant.** | |

The United States, represented by Assistant United States Attorney Thomas K. Godfrey, files this notice advising the Court and counsel that the United States anticipates the government's case-in-chief for the trial scheduled for November 13, 2023, will require approximately two trial days to complete.

//

1

DATED this 26th day of September, 2023.

JESSE A. LASLOVICH
United States Attorney


 /s/ Thomas K. Godfrey
THOMAS K. GODFREY
Assistant U. S. Attorney