RUSSELL A. HART
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
russell_hart@fd.org
  Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br>**DEFENDANT'S MOTION TO DISMISS INDICTMENT**<br><br>(**OPPOSED**) |

  Comes now, the Defendant, Gabriel Cowan Metcalf, who moves this Court for an Order dismissing the Indictment in this matter.  Mr. Metcalf is being prosecuted for violation of 18 U.S.C. §922(q)(2)(A).  By the attached Brief in Support of this Motion, Mr. Metcalf asserts (1) prosecution is precluded because he meets the exception at 18 U.S.C. § 922(q)(B)(iii), and (2) §922(q)(2)(A) is an unconstitutional

infringement on the right to bear arms protected by the Second Amendment of the United States Constitution.

Counsel for Mr. Metcalf has consulted with the Assistant United States Attorney assigned to this case for the Department of Justice in compliance with Local Rule 12.1. The United States opposes the relief requested by the Motion and this Brief.

RESPECTFULLY SUBMITTED October 10, 2023.

/s/ Russell A. Hart
RUSSELL A. HART
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

      I hereby certify that on October 10, 2023, the foregoing document was served on the following persons by the following means:

<u>1, 2</u>   CM-EDF
\_\_\_   Hand Delivery
<u> 3 </u>   Mail
\_\_\_   Overnight Delivery Service
\_\_\_   Fax
\_\_\_   E-Mail

1.    CLERK, UNITED STATES DISTRICT COURT

2.    THOMAS GODFREY
    Assistant United States Attorney
    United States Attorney's Office
    2601 2nd Avenue North, Suite 3200
    Billings, MT  59101
        Counsel for the United States.

3.    GABRIEL COWAN METCALF
       Defendant

                      <u>/s/ Russell A. Hart</u>
                      RUSSELL A. HART
                      Federal Defenders of Montana
                          Counsel for Defendant