# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br>**ORDER** |

Upon consideration of the Defendant's Unopposed Motion to Continue Trial and Reset Pretrial Deadlines and good cause appearing,

IT IS HEREBY ORDERED that the trial currently set for November 13, 2023 at 9:00 a.m. is VACATED.

IT IS FURTHER ORDERED that a jury trial is rescheduled for the ____ day of _____, 202__ at 9:00 a.m.  For purposes of the speedy trial act, the days between November 13, 2023 and _____ ____, 202__ are excludible under 18 U.S.C. § 3161(h)(8)(A)(B)(iv).

1

IT IS FURTHER ORDERED that all pretrial motions and supporting briefs, excluding motions in limine, shall be filed on or before _____, 2023. Opposing parties must file responsive briefs by _____, 202___.

The Defendant shall inform the Court of his intent to continue the trial or request the Court set a change of plea hearing by _____, 202___.

Any jury instructions must be received by _____, 202___.

The Clerk of Court is directed to notify counsel of the making of this Order.

RESPECTFULLY SUBMITTED October 30, 2023.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE