RUSSELL A. HART
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
russell_hart@fd.org
     Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES** |

COMES NOW Defendant, Gabriel Cowan Metcalf, by and through his counsel of record, RUSSELL A. HART, Assistant Federal Defender and the FEDERAL DEFENDERS OF MONTANA, and moves the Court for an order continuing the trial currently scheduled for January 16, 2024, and for an order extending the pretrial deadlines accordingly.

The grounds for this motion are as follows:

1. Additional time is needed to prepare trial defense and research potential motions.

2. Defendant is currently on pretrial release.

3. For this reason, Defendant requests the Court to continue the trial of this matter. Further, it will prejudice the Defendant if this continuance is not granted. Counsel for Defendant asserts that the ends of justice served by granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial. Defendant further asserts that for purposes of the speedy trial act, the number of days which this matter is continued are excludible under 18 U.S.C. § 3161(h)(8)(A)(B)(iv).

4. Counsel has contacted Thomas K. Godfrey of the United States Attorney's Office regarding this continuance, and he indicated he has no objection to this Motion.

RESPECTFULLY SUBMITTED this 28th day of November, 2023.

/s/ Russell A. Hart
RUSSELL A. HART
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R.5.2(b)

I hereby certify that on November 28, 2023, a copy of the foregoing document was served on the following persons by the following means:

1, 2    CM-EDF
\_\_\_\_    Hand Delivery
 3     Mail
\_\_\_\_    Overnight Delivery Service
\_\_\_\_    Fax
\_\_\_\_    E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2602 2nd Avenue North, Suite 3200
   Billings, MT  59101
       Counsel for the United States of America

3. GABRIEL COWAN METCALF
       Defendant

                                    /s/ Russell A. Hart
                                    RUSSELL A. HART
                                    Federal Defenders of Montana
                                        Counsel for Defendant