**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br>**ORDER CONTINUING TRIAL AND EXTENDING PRETRIAL MOTIONS DEADLINES** |

  Upon the Motion to Continue Trial and Extend Pretrial Motions Deadline filed by Defendant and for good cause appearing,

  IT IS HEREBY ORDERED that the trial currently set for January 16, 2024, at 9:00 a.m., is VACATED.

  IT IS FURTHER ORDERED that trial with a jury will be rescheduled for _____a.m. on the _____ day of _____, 2023.  For the purposes of the speedy trial act, the _____days between _____, 2023, and _____, 2023, are excludible under 18 U.S.C. § 3161(h)(8)(A)(B)(iv).

  IT IS FURTHER ORDERED that all pretrial motions and supporting briefs, excluding motions *in limine*, shall be filed on or before _____, 2023. Opposing parties must file responsive briefs by _____, 2023.

  Any plea agreement with Motion for Change of Plea must be received by _____, 2023.

Any jury instructions must be received by _____, 2023.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this \_\_\_\_\_ day of _____, 2023.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE