RUSSELL A. HART
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
russell_hart@fd.org
      Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br>**UNOPPOSED MOTION<br>TO EXTEND<br>PRETRIAL MOTION<br>DEADLINE** |

COMES NOW Defendant GABRIEL COWAN METCALF, by and through his counsel of record, the FEDERAL DEFENDERS OF MONTANA and RUSSELL A. HART, Assistant Federal Defender, and moves the Court for an order extending the deadline to file a Pretrial Motion currently scheduled for February 5, 2024.  It is respectfully requested that this Honorable Court continue the deadline date to February 9, 2024.

The grounds for this motion are as follows:

Additional time needed to confer with the United States to determine whether the parties can reach stipulations regarding certain trial evidence or if motions in limine will be necessary.

Defense Counsel has contacted Thomas K. Godfrey of the United States Attorney's Office regarding this continuance, and he indicated he has no objection to this motion.

RESPECTFULLY SUBMITTED this day 5th of February, 2024.

/s/ Russell A. Hart
RUSSELL A. HART
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on February 5, 2024, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u>   CM-EDF
<u>    </u>   Hand Delivery
<u> 3 </u>   Mail
<u>    </u>   Overnight Delivery Service
<u>    </u>   Fax
<u>    </u>   E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2602 2nd Avenue North, Suite 3200
   Billings, MT  59101
         Counsel for the United States of America

3. GABRIEL COWAN METCALF
         Defendant

                                /s/ Russell A. Hart
                                RUSSELL A. HART
                                Federal Defenders of Montana
                                    Counsel for Defendant