# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br>**ORDER TO EXTEND PRETRIAL MOTION DEADLINE** |

Upon the Motion to Extend Pretrial Motion Deadline filed by Defendant and for good cause appearing,

IT IS HEREBY ORDERED that the deadline to submit a Pretrial Motion will be extended to the _____ day of _____, 2024.

The Clerk of Court is direct to notify counsel of the making of this Order.

DATED this _____ day of _____, 2024.

_____
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE