IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br>**ORDER TO EXTEND PRETRIAL MOTION DEADLINE** |

Upon the Defendant's Unopposed Motion to Extend Pretrial Motion Deadline (Doc. 40), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion (Doc. 40) is **GRANTED**. The deadline to file pretrial motions is extended up to and including **Friday, February 9, 2024**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 5th day of February, 2024.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE