RUSSELL A. HART
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
russell_hart@fd.org
        Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF.<br><br>Defendant. | **Case No. CR-23-103-BLG-SPW**<br><br><br>**DEFENDANT'S<br>MOTION IN LIMINE** |

COMES NOW Defendant, Gabriel Cowan Metcalf, by and through his counsel of record, Russell A. Hart, and hereby submits his Motion in Limine.  A Brief in support of this Motion will be filed immediately hereafter.  Counsel has consulted pursuant to local rules with the Assistant United States Attorney assigned to this case.  The United States opposes the relief sought by Mr. Metcalf in this Motion and the accompanying Brief.

RESPECTFULLY SUBMITTED February 9, 2024.

/s/ Russell A. Hart
RUSSELL A. HART
Federal Defenders of Montana
       Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R.5.2(b)

I hereby certify that on February 9, 2024, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-EDF |
| ___ | Hand Delivery |
| 3 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2602 2nd Avenue North, Suite 3200
   Billings, MT  59101
   Counsel for the United States of America

3. GABRIEL COWAN METCALF
   Defendant

/s/ Russell A. Hart
RUSSELL A. HART
Federal Defenders of Montana
Counsel for Defendant