ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Zeno.Baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GABRIEL COWAN METCALF, Defendant. | CR 23-103-BLG-SPW NOTICE OF APPEARANCE |
|---|---|

The United States provides notice to the Court and counsel that for all further proceedings for this defendant, co-counsel for the United States will be Assistant U.S. Attorney Zeno B. Baucus.

//

//

1

DATED this 1st day of March, 2024.

                                        JESSE A. LASLOVICH
                                        United States Attorney

                                        */s/ Zeno B. Baucus*
                                        ZENO B. BAUCUS
                                        Assistant U.S. Attorney