RUSSELL A. HART
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
russell_hart@fd.org
      Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br>**DEFENDANT'S <u>OPPOSED</u>**<br>**MOTION TO CONTINUE**<br>**TRIAL** |

COMES NOW the Defendant, Gabriel Cowan Metcalf, by and through his counsel of record, RUSSELL A. HART, Assistant Federal Defender and the FEDERAL DEFENDERS OF MONTANA, and moves the Court for an order continuing the trial currently scheduled for March 25, 2024.

The grounds for this motion are as follows:

1. The Defendant requests additional time to consult with his attorney and prepare for trial.

For this reason, the Defendant requests the Court to continue the trial of this matter.  Further, it will prejudice the Defendant if this continuance is not granted. Counsel for Defendant asserts that the ends of justice served by granting of such continuance outweigh the best interest of the public and the Defendant in a speedy trial.  Defendant further asserts that for purposes of the speedy trial act, the number of days which this matter is continued are excludible under 18 U.S.C. § 3161(h)(8)(A)(B)(iv).

The Defendant is currently released in the community subject to conditions.

Counsel has contacted the United States Attorney's Office regarding this continuance, and the United States objects to the relief sought by this Motion.

RESPECTFULLY SUBMITTED this 11th day of March, 2024.

/s/ Russell A. Hart
RUSSELL A. HART
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R.5.2(b)

   I hereby certify that on March 11, 2024, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u> CM-EDF
\_\_\_\_ Hand Delivery
<u> 3 </u> Mail
\_\_\_\_ Overnight Delivery Service
\_\_\_\_ Fax
\_\_\_\_ E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
  Assistant United States Attorney
  United States Attorney's Office
  2602 2nd Avenue North, Suite 3200
  Billings, MT 59101
   Counsel for the United States of America

3. GABRIEL COWAN METCALF
  Defendant

           <u>/s/ Russell A. Hart</u>
           RUSSELL A. HART
           Federal Defenders of Montana
            Counsel for Defendant