IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | CR 23-103-BLG-SPW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE TRIAL** |

Defendant has filed a Motion to Continue Trial (Doc. 50) presently set for March 25, 2024. The Defendant was arraigned on September 21, 2024 and trial was originally set for November 13, 2023. The March 25, 2024 trial date constitutes the third setting of this matter. This is not a complicated case and Mr. Metcalf does not explain why he needs more time. The interests of justice demand a final resolution of this matter. Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Continue Trial (Doc. 50) is **DENIED**.

1

The Clerk of Court is directed to notify the parties of the making of this order.

DATED this 15th day of March, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge