**THOMAS K. GODFREY**
**ZENO B. BAUCUS**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: Thomas.Godfrey@usdoj.gov**
       **Zeno.Baucus@usdoj.gov**

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 23-103-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **PROPOSED VERDICT FORM** |
| **GABRIEL COWAN METCALF,** | |
| **Defendant.** | |

The United States of America, by and through its counsel, Thomas K.

Godfrey and Zeno B. Baucus, Assistant United States Attorneys for the District of

Montana, offers the following proposed verdict form and special verdict form

(forfeiture) for the Court's consideration.

Defense counsel has been contacted about the proposed verdict forms and

1

has no objection.

DATED this 18th day of March, 2024.

JESSE A. LASLOVICH
United States Attorney


*/s/ Thomas K. Godfrey*
THOMAS K. GODFREY
Assistant U.S. Attorney


*/s/ Zeno B. Baucus*
ZENO B. BAUCUS
Assistant U.S. Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 23-103-BLG-SPW** |
| **Plaintiff,** | |
| **vs.** | **VERDICT** |
| **GABRIEL COWAN METCALF,** | |
| **Defendant.** | |

1.  We, the Jury in the above-entitled cause, unanimously find the defendant,

GABRIEL COWAN METCALF,

_____ Not Guilty

_____ Guilty

of the offense of unlawful possession of a firearm in a school zone as charged in

the indictment.

**Have your foreperson sign and date the Verdict and advise the bailiff
that you are ready to return to the courtroom.**

DATED this \_\_\_\_\_ day of March, 2024.

_____
FOREPERSON

3