**THOMAS K. GODFREY**
**ZENO B. BAUCUS**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: Thomas.Godfrey@usdoj.gov**
           Zeno.Baucus@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| UNITED STATES OF AMERICA, Plaintiff, vs. GABRIEL COWAN METCALF, Defendant. | CR 23-103-BLG-SPW <br><br> UNITED STATES' NOTICE OF INTENT TO USE ELECTRONIC EVIDENCE AT TRIAL |
|---|---|

The United States of America, represented by Thomas K. Godfrey and Zeno B. Baucus, Assistant U.S. Attorneys for the District of Montana, notifies the Court and opposing counsel that it intends to use the courtroom's electronic equipment at the trial beginning on March 25, 2024.

1

The United States intends to use the courtroom's electronic equipment to display physical evidence if admitted into evidence. The United States requests the use of a laptop or similar device, in the courtroom, to facilitate the presentation of evidence.

The United States does not anticipate using video conferencing for any of its witnesses during the trial.

The United States also does not anticipate using or requesting to use real time transcription during the trial.

DATED this 18th day of March, 2024.

>JESSE A. LASLOVICH
>United States Attorney
>
>/s/ Thomas K. Godfrey
>THOMAS K. GODFREY
>Assistant U.S. Attorney
>
>/s/ Zeno B. Baucus
>ZENO B. BAUCUS
>Assistant U.S. Attorney