RUSSELL A. HART
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Ste. 401
Billings, MT   59101
Phone:   (406) 259-2459
Fax:   (406) 259-2569
russell_hart@fd.org
     Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**GABRIEL COWAN METCALF,**<br><br>Defendant. | **CR 23-103-BLG-SPW**<br><br><br>**DEFENDANT'S PROPOSED JURY INSTRUCTION** |

    The Defendant, represented by the undersigned, offers the following proposed jury instruction for the Court's consideration.   The Defendant otherwise does not object to the Instructions and Verdict Form offered by the United States.

    DATED this 18th day of March, 2024.

                                       */s/ Russell A. Hart*
                                       RUSSELL A. HART
                                       Assistant Federal Defender

## INSTRUCTION NO. \_\_\_\_

The defendant is charged in the indictment with possession of a firearm in violation of 18 U.S.C. 922(q)(2)(A).  For the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

**First,** the defendant knowingly possessed a firearm;

**Second,** the defendant possessed the firearm in a place he knew or had reasonable cause to believe was a school zone; and

**Third,** the firearm had been transported from one state to another or between a foreign nation and the United States.

18 U.S.C. 922(q)(2)(A) does not apply to the possession of a firearm on private property not part of school grounds;

The term "school zone" means—

**(A)** in, or on the grounds of, a public, parochial or private school; or

**(B)** within a distance of 1,000 feet from the grounds of a public, parochial or private school.

The term "school" means a school which provides elementary or secondary education, as determined under State law.

Title 18 U.S.C. § 922(q)(2) and 921(a)(3)

DEFENDANT'S PROPOSED INSTRUCTION NO.   29