EDWARD M. WERNER
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
edward_werner@fd.org
      Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | Case No. CR-23-103-BLG-SPW<br><br><br>**NOTICE OF APPEARANCE<br>AS CO-COUNSEL** |

COMES NOW, Edward M. Werner, Assistant Federal Defender and the Federal Defenders of Montana, and hereby enters his appearance as co-counsel for Gabriel Cowan Metcalf, in the above-captioned case.

RESPECTFULLY SUBMITTED this 19th day of March, 2024.

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on March 19, 2024, a copy of the foregoing document was served on the following persons by the following means:

1, 2   CM-EDF
\_\_\_   Hand Delivery
 3   Mail
\_\_\_   Overnight Delivery Service
\_\_\_   Fax
\_\_\_   E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT  59101
      Counsel for the United States.

3. GABRIEL COWAN METCALF
      Defendant

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
Counsel for Defendant