RUSSELL A. HART
EDWARD M. WERNER
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
russell_hart@fd.org
edward_werner@fd.org
      Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-23-103-BLG-SPW |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL |
| GABRIEL COWAN METCALF, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Defendant GABRIEL COWAN METCALF, appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment filed and entered against him in the District Court on August 2, 2024. This appeal is from the District Court's denial of Mr. Metcalf's Motion to Dismiss Indictment.

The issue was preserved pursuant to a plea agreement that was accepted by the District Court at the time of sentencing.

RESPECTFULLY SUBMITTED August 6, 2024.

/s/ Russell A. Hart
RUSSELL A. HART
Federal Defenders of Montana
     Counsel for Defendant

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
     Counsel for Defendant

CERTIFICATE OF SERVICE
L.R.5.2(b)

I hereby certify that on August 6, 2024, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u>  CM-EDF
____  Hand Delivery
<u> 3 </u>  Mail
____  Overnight Delivery Service
____  Fax
____  E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   ZENO B. BAUCUS
   Assistant United States Attorney
   United States Attorney's Office
   2602 2nd Avenue North, Suite 3200
   Billings, MT  59101
   	Counsel for the United States of America

3. GABRIEL COWAN METCALF
   	Defendant

/s/ Russell A. Hart
RUSSELL A. HART
Federal Defenders of Montana
   	Counsel for Defendant


/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
   	Counsel for Defendant