IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | CR 23-103-BLG-SPW<br><br>ORDER |

Pursuant to the Opinion (Doc. 78) and subsequent Mandate (Doc. 80) from the Ninth Circuit Court of Appeals,

**IT IS HEREBY ORDERED** that the Indictment (Doc. 19) in the above-captioned matter is **DISMISSED.**

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 15th day of December, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1